UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASIRI K. SIMS,<br><br>                              Petitioner,<br><br>       v.<br><br>DONALD HOLBROOK,<br><br>                              Respondent. | Case No. C11-1660-MJP<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed Petitioner's petition for writ of habeas corpus, Respondent's answer thereto, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, Petitioner's objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The Court rejects Petitioner's objections to the Report and Recommendation, which were briefed and considered fully in the Report and Recommendation. The Court does not find it necessary to review Respondent's response to Petitioner's objections in order to make this ruling.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

       (3)      Petitioner's petition for writ of habeas corpus (Dkt. No. 13) is DENIED and this action is DISMISSED with prejudice.

       (4)      In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his federal habeas petition.

       (5)      The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable James P. Donohue.

DATED this 28th day of August, 2012.

_____
Marsha J. Pechman
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2